SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

ACUITY INTERNATIONAL, LLC; ACUITY - CHS, LLC; and DOES 1 through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

BETINA SIRKIN

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
10/9/2024 2:22:22 PM

Clerk of the Superior Court
By J. Walters         , Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: San Diego Superior Court
*(El nombre y dirección de la corte es):*

330 West Broadway, San Diego, CA 92101

CASE NUMBER: *(Número del Caso):* 24CU016281C

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Michael Freiman, 100 Wilshire Blvd. Ste 700, Santa Monica, CA 90401 310-917-1022

DATE: October 10, 2024         Clerk, by   J. Walters         , Deputy
*(Fecha)*                       *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Acuity International, LLC
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Michael Freiman, Esq. (SBN 280716)
Law Office of Michael Freiman
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 917-1022
mike@employlegal.com

Attorney for Plaintiff BETINA SIRKIN

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

10/9/2024 2:22:22 PM

Clerk of the Superior Court
By J. Walters      ,Deputy Clerk

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| BETINA SIRKIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACUITY INTERNATIONAL, LLC; ACUITY - CHS, LLC; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.:   24CU016281C<br><br>**COMPLAINT FOR:**<br><br>1. Discrimination in Violation of FEHA<br>2. Failure to Prevent Discrimination (FEHA)<br>3. Retaliation in Violation of FEHA<br>4. Wrongful Termination in Violation of Public Policy<br>5. Harassment in Violation of FEHA<br>6. Failure to Prevent Harassment in Violation of FEHA<br>7. Labor Code s. 98.6<br>8. Labor Code s. 1102.5<br>9. Labor Code s. 6310<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff BETINA SIRKIN for its Complaint against Defendants ACUITY INTERNATIONAL, LLC; ACUITY - CHS, LLC; and DOES 1 through 20, inclusive, hereby complains and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Betina Sirkin was at all times relevant to the matters alleged in this complaint an individual with its residence in California.

2. Plaintiff is informed and believes and thereon alleges that the fictitiously-named Defendants sued herein as Does 1 through 20 inclusive, and each of them, are in some manner

responsible for the occurrences, acts, and omissions alleged herein and that Plaintiff's damages were proximately caused by their conduct. The true names and capacities of such fictitiously-named Doe Defendants, whether individual, corporate, partnership, associate or otherwise, are presently unknown to Plaintiff, and Plaintiff will seek leave of the Court to amend this Complaint to assert the true names and capacities of such fictitiously-named Defendants when the same have been ascertained. For convenience, each reference to the named Defendant herein shall also refer to Does 1 through 20, inclusive.

3. Plaintiff is informed and believes and thereon alleges that in committing certain acts herein as alleged, some or all of the Defendants herein named were acting as the agents, joint ventures, partners, representatives, subsidiaries, affiliates and/or employees of some or all of the other Defendants, and that some or all of the conduct of such Defendants, as complained of herein, was within the course and scope of such relationship.

4. Pursuant to Article VI, Section 10 of the California Constitution, subject matter jurisdiction is proper in the Superior Court of California, County of San Diego.

5. Pursuant to Section 395 of the California Code of Civil Procedure, venue is proper in the Superior Court of California for the County of San Diego, because the Defendant conducted business in San Diego County.

**FACTUAL BACKGROUND**

6. Defendants subjected Plaintiff to discrimination/harassment/retaliation on the bases of age, childbirth, gender, national origin/race/ancestry/color and accent, disclosure of/opposition to/refusal to perform/complaints about discrimination/harassment/retaliation, disclosure of/opposition to/refusal to perform/complaints about violation of the law, disclosure of/opposition

to/refusal to perform/complaints about Labor Code violations, disclosure of/opposition to/refusal to perform/complaints about workplace safety violations, and assertion of Labor Code rights.

7. Defendant subjected Plaintiff to a hostile work environment rife with offensive comments, tropes, stereotypes, exclusion, and other harassing statement and conduct.

8. Plaintiff opposed, disclosed, and complained about the aforementioned harassment and discrimination. Defendants' actions constitute disparate impact and disparate treatment discrimination.

9. Defendant failed to adequately investigate, failed to correct the harassment, exclude Plaintiff, reduced her workload, took away her cases, treated Plaintiff as if she wasn't there, set up Plaintiff for failure, solicited negative feedback about Plaintiff, terminated Plaintiff's employment, failed to transfer Plaintiff, failed to hire Plaintiff, and failed to reinstate Plaintiff to a discrimination free work environment.

10. Plaintiff has received a Right to Sue letter from the California Civil Rights Department and has thus exhausted all necessary administrative remedies.

**FIRST CAUSE OF ACTION**
**(Discrimination in Violation of FEHA)**
**(Against All Defendants)**

11. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

12. Defendants' actions constitute discrimination in violation of the Fair Employment and Housing Act ("FEHA").

13. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

14. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

15. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### SECOND CAUSE OF ACTION
**(Failure to Prevent Discrimination in Violation of FEHA)**
**(Against All Defendants)**

16. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

17. Under FEHA, it is unlawful for an employer to fail to take all reasonable steps to prevent discrimination.

18. Defendants had knowledge and/or reasonable notice of the discrimination that took place against Plaintiff and failed to prevent such.

19. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

20. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

21. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## THIRD CAUSE OF ACTION
### (Retaliation in Violation of FEHA)
### (Against All Defendants)

22. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

23. Defendants' actions constitute retaliation in violation of the Fair Employment and Housing Act ("FEHA").

24. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

25. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

26. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## FOURTH CAUSE OF ACTION
### (Wrongful Termination in Violation of Public Policy)
### (Against All Defendants)

27. Plaintiff re-alleges and incorporates all paragraphs of this Complaint as though fully set forth herein.

28. Defendant's actions constitute wrongful termination in violation of the public policy.

29. As a proximate result of the aforesaid acts of Defendants, Plaintiff has suffered actual, consequential and incidental financial losses, including without limitation, loss of salary and benefits, and the intangible loss of employment related opportunities in his field and damage to his professional

reputation, emotional distress, and seeks punitive damages all in an amount subject to proof at the time of trial.

## FIFTH CAUSE OF ACTION
### (Harassment in Violation of FEHA)
### (Against All Defendants)

30. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

31. Defendants' actions constitute harassment in violation of FEHA.

32. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

33. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

34. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

## SIXTH CAUSE OF ACTION
### (Failure to Prevent Harassment in Violation of FEHA)
### (Against All Defendants)

35. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

36. Defendants' actions constitute failure to prevent harassment in violation of FEHA.

37. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

38. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

39. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### SEVENTH CAUSE OF ACTION
### (Retaliation in Violation of Labor Code s. 98.6)
### (Against All Defendants)

40. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

41. Defendants' actions constitute retaliation in violation of Labor Code s. 98.6.

42. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

43. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

44. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### EIGHTH CAUSE OF ACTION
### (Retaliation in Violation of Labor Code s. 1102.5)
### (Against All Defendants)

45. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

46. Defendants' actions constitute retaliation in violation of Labor Code s. 1102.5.

47. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

48. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

49. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### NINTH CAUSE OF ACTION
(Retaliation in Violation of Labor Code s. 6310)
(Against All Defendants)

50. Plaintiff re-alleges and incorporates by reference all paragraphs of this Complaint as though fully set forth herein.

51. Defendants' actions constitute retaliation in violation of Labor Code s. 6310.

52. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered and continues to suffer a loss in earnings and other employment benefits according to proof at time of trial.

53. As a proximate result of the wrongful conduct of Defendants, Plaintiff has suffered humiliation, emotional distress and mental pain and anguish all to its damage in an amount according to proof at trial.

54. In doing the acts herein alleged, Defendants acted with oppression, malice, and/or conscious disregard of Plaintiff's rights and Plaintiff is therefore entitled to punitive damages.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For payment of earned wages, withheld earnings, and other damages according to proof in an amount to be ascertained at trial;

2. For payment of all statutory obligations and penalties as required by law;

3. For penalties, special damages, compensatory, and general damages in an amount to be proven at trial;

4. For punitive damages as allowed by law;

5. Loss of income incurred and to be incurred according to proof;

6. For reasonable attorneys' fees;

7. For costs of suit incurred herein;

8. For interest provided by law;

9. All damages and penalties provided by law;

10. For restitution and other equitable relief; and

11. For such other and further relief as the court deems just and proper

Dated: October 9, 2024     By:     LAW OFFICE OF MICHAEL FREIMAN

/s/ Michael Freiman, Esq.
Michael Freiman, Esq.

Attorney for Plaintiff Betina Sirkin

## DEMAND FOR JURY TRIAL

Plaintiff Betina Sirkin demands a jury trial.

Dated: October 9, 2024     By:     LAW OFFICE OF MICHAEL FREIMAN

/s/ Michael Freiman, Esq.
Michael Freiman, Esq.

Attorney for Plaintiff Betina Sirkin